UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 3:13-CR-161-PLR-HBG |
| ) | |
| GONZALO GARCIA GINES ) | |

## ORDER

On February 3, 2015, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed an 13-page Report and Recommendation [R. 688], in which he recommended that the Petition of Eugenia Alvarez to adjudicate validity of interest in a 2006 Nissan Frontier be granted, and that the vehicle be returned to Ms. Alvarez.

There being no timely objections filed by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [R.688] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on February 3, 2015, is hereby **ACCEPTED IN WHOLE** whereby the Petition of Eugenia Alvarez to adjudicate validity of interest in a 2006 Nissan Frontier [R. 518] is **GRANTED**. The court finds that Ms. Alvarez has an ownership interest in the 2006 Nissan Frontier, which her ex-husband forfeited to the government [R. 417]. The court further finds that Ms. Alvarez's interest in the vehicle is superior to that of the government.

Accordingly, **IT IS ORDERED** that the United States shall return the 2006 Nissan Frontier to Eugenia Alvarez.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**